**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amber Raper, Dakota Vanover, John Hill, and Eric
Brown, Defendants,

Of whom Dakota Vanover is the Appellant

and Amber Raper, John Hill, and Eric Brown are
Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-000958

———————

Appeal From York County
David G. Guyton, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-026
Submitted January 8, 2024 – Filed January 17, 2024

———————

**AFFIRMED**

———————

Jennifer Lynn Mook, of Law Office of Jennifer Mook,
LLC, of Aiken, for Appellant.

Matthew Niemiec, of The Law Offices of Matthew R. Niemiec, LLC, of Lake Wylie, for Respondent John Hill.

Brandi Lekita Small and Wendy Marlenea Bowen, both of Columbia, for Respondent Amber Raper.

Larita Yusuf, of Gastonia, North Carolina, for Respondent Eric Brown.

R. Chadwick Smith, of South Carolina Department of Social Services, of Rock Hill, for Respondent South Carolina Department of Social Services.

Justin Montgomery, of Sumter, for the Guardian ad Litem.

---

**PER CURIAM:** Dakota Vanover appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.